Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329

Attorney for DEBRA WHITTIER

FILED

2006 SEP 14  AM 8:35

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA WHITTIER,<br><br>      Plaintiff,<br><br>vs.<br><br>PATRICK'S II, LLC; MIKE DOE and DOES 1 THROUGH 10, Inclusive,<br><br>      Defendants. | Case No.: 06 CV 1186 W (POR)<br><br>**STIPULATION OF DISMISSAL AND DISMISSAL; AND ORDER THEREON**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

**IT IS HEREBY STIPULATED** by and between DEBRA WHITTIER, Plaintiff, on the one hand, and PATRICK'S II, LLC and MIKE MURRAY (erroneously sued herein as MIKE DOE), Defendants, on the other hand, (hereinafter "the Parties") through their respective attorneys of record that said Parties have agreed to resolve the case between them by way of settlement.

    The Parties further stipulate that Magistrate Judge Louisa S. Porter, or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all disputes between the Parties arising out of the Settlement Agreement including, but not limited to, interpretation and enforcement of the terms of the

1 | Settlement Agreement.  The terms of the Settlement Agreement are
2 | hereby incorporated in this Stipulation.
3 |   The Parties further stipulate, pursuant to Federal Rules of
4 | Civil Procedure 41(a)(1,2), that this Court enter a dismissal of
5 | Plaintiff's Complaint in USDC Case No. 06 CV 1186 W (POR) in its
6 | entirety and with prejudice.  The Parties further stipulate that
7 | each shall bear its, his or her own costs and fees with respect
8 | to any claims they may have against each other in the instant
9 | action, except as otherwise set forth in the Settlement
10 | Agreement.
11 |   **IT IS SO STIPULATED.**

LAW OFFICES OF AMY B. VANDEVELD

DATED: 9/8/06

_____
AMY B. VANDEVELD,
Attorney for Plaintiff

LAW OFFICES OF RICHARD L. BARTHEL, JR.

DATED: _____

_____
RICHARD L. BARTHEL, JR., ESQ.
Attorney for Defendants

1  Settlement Agreement. The terms of the Settlement Agreement are
2  hereby incorporated in this Stipulation.
3     The Parties further stipulate, pursuant to Federal Rules of
4  Civil Procedure 41(a)(1,2), that this Court enter a dismissal of
5  Plaintiff's Complaint in USDC Case No. 06 CV 1186 W (POR) in its
6  entirety and with prejudice. The Parties further stipulate that
7  each shall bear its, his or her own costs and fees with respect
8  to any claims they may have against each other in the instant
9  action, except as otherwise set forth in the Settlement
10 Agreement.
11     IT IS SO STIPULATED.
12                    LAW OFFICES OF AMY B. VANDEVELD
14 DATED: _____
                       AMY B. VANDEVELD,
15                     Attorney for Plaintiff

16                    LAW OFFICES OF RICHARD L. BARTHEL, JR.
18 DATED: 9/12/06    [signature]
19                    RICHARD L. BARTHEL, JR., ESQ.
                      Attorney for Defendants

2

**ORDER ON STIPULATED DISMISSAL WITH PREJUDICE**

**IT IS HEREBY ORDERED,** that Magistrate Judge Louisa S. Porter, or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement. The terms of the Settlement Agreement are hereby incorporated in this Order.

It is further ordered that the Complaint in USDC Case No. 06 CV 1186 W (POR) is hereby dismissed in its entirety and with prejudice. The Parties shall each bear its, his or her own costs and fees, except as otherwise set forth in the Settlement Agreement, which is **incorporated herein by reference.**

**IT IS SO ORDERED.**

Dated: 9/13/06

_____
HONORABLE THOMAS J. WHELAN,
U.S. DISTRICT COURT JUDGE